FILED
December 9, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

IN THE THIRD COURT OF APPEALS
TRAVIS COUNTY, TEXAS

Cause Nos. 03-15-00711-CR, 03-15-00712-CR

FRANK JOSEPH
TDCJ-ID #1293463 Appellant pro se
VS
THE STATE OF TEXAS

IN THE 299th DISTRICT COURT
OF TRAVIS COUNTY, TEXAS
D-1-DC-04-904186
D-1-DC-04-904187

RECEIVED
DEC 0 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## MOTION FOR CORRECTION OF REMEDIABLE ERRORS PURUANT TO TEXAS RULE OF APPELLATE PROCEDURE RULE 44.4 (Abate)

Comes now Frank Joseph Appellant's pro se to file this his Motion for Correction of Remediable Errors in order to draft a true and correct, brief for D.N.A. testing in order to prove mu innocence. The prosecutor have not release all draft and report or copies of Medical examinations as well as a copy of the investigation report, and record-ing through the preponderance of the evidence in the reporter's record. I request copy of Sane nurse examination, a copy of Hymen, a well. a copy of using of the Colposcope test... (Fed.R.App.Proc 37.01 (3). Definition: Statement, mean. any representation of fact [ ] Forgery V.T.C. a penal code § 32.21 also 32.21 (a) (2). any form of intent to defraud or intent to harm, as harm is defined by § 1.07 (a) (25) (chapter-1), 1.07 (9) (c) to accuse a person of any offense. (T.P.C.) sec 37.03; 71.01 (b) Perury by false record, and 37.09 (a) (2). Tampering with or fabricating physical evidence, also 36.05 (a) (2) Tampering with witness / coerces a witness. That the test of the Colposcope will prove the above Violation.

### I

This court has Jurisdiction Pursuant to the V.T.C.A 552.021; 52.028 (b); 28 USCA 1915; And 5 USCA 552, and the open records Acts, Michael Morton Act - SB No. 1611

## II.

This Motion is presented in good faith, so that Appellant Joseph May obtain the disclosure of all the following. Here in named document and Trial Court records to Aid and Assit him in the preparation for an Appeal to the Higher Court of his Conviction. Appellant Joseph is entitled to redress by Habeas Corpus relief, and it is essential for him to reseach the documents and Trial Court records to formulate and present a Viable and cohesive writ application.

## III.

Appellant Joseph avers he is a pauperis, Without funds.

The Supreme Court of the United States, Stated that the States are required to establish avenues of Appellant review, but is now fundamental that these Avenues must be Kept from unreasonable distinction that fun Impede, and they must be open and give equal access to the Courts. Appellant Joseph avers that if he is denied this requested documents and Trial Court records. He is essentially being denied the right of Appeal, and said right would be Violated pursuant to the Fourteen Amendment to the United States Constitution. In the Case of Lane V. Brown, Supra. The Court went onto observe that Smith V. Bennet, Supra Stated: "... Established that these principles Were not to be limited to direct Appeals from Criminal Convictions. "In Gardner V. California, Supra, the Court explicitly Stated: "...A Lay Man noting In his own defense or his own behalf need the Courts records even more than an attorney acting in his behalf would."

## IV.

Appellant Joseph this Court to grant his request for the document and Trial Court records of the following:

1). Probable Cause Affidavit /or Arrest Warrant.

2) Witness and Witness statements.

3). The Indictment. Court Transcript? Trial.

4). The Charge of the Court (Guilt/Innocense).

5). Court's Docket Sheets.

6) Jury's Verdict forms.

7). Court's Judgment and Sentence.

8). Jury's notes to Judge.

9). Notes, Notices from the Court/Judge to the Jury.

10). Charge of the Court (Punishment).

11). Court of Appeals Mandate.

12). Designation of Record on Appeal.

13). Court Reporter's TRANSCRIBED Notes Pre-Trial Hearings and Trial.

14). Complete REPORTER'S RECORDS.

15). Complete Statement of facts..

16). Defendant's Notice of Appeal

17). Capias.

18). Subpoenas.

19). Notice of Disposition.

20). Court of Appeals Opinion

21). Appellee's Appeal Brief.

22) Appellant's Brief.

23) Out Cry Statements.

24). Medical Examination reports by S.A.N.E nurse or M.d.S.

25). Police Reports.

26). Detective's Notes.

27). C.P.S Records and notes.

28). Any and all other Document, Exhibits, Notes, transcriptions, and Papers Related to the above Cause No.

(3)

Said Transcript are in the possession of the Court Reporter of the 299TH District Court of Travis County Texas. or Are In the files of the Travis County Clerk. or District Clerk.

WHEREFORE: ALL Premises Considered. Appellant Joseph Request/ Motion For Correction of Remediable Errors. Pursuant to Tex.R.App.Proc Rule 44.4 (Abate) pray that the foregoing Material be included in this Appellate Record. and Grant His Relief Sought Herein.

Respectfully Submitted

Frank Joseph Appellant pro se
TDCJ-CID# 1293463 Neal Unit
9055 Spur 591 Amarillo, TX 79107

## CERTIFICATE OF SERVICE

Pursuant to Tex.R.App.P 9.5 (d). I Appellant Frank Joseph hereby Certify that a copy of the foregoing was Serviced by placing Same in the United States Mail Postage prepaid on the 3¹ day of December 2015 addressed to: The District Clerk Court Ms VELVA L PRICE At Travis County District Clerk P.O. Box 679003 Austin Texas 78765

Respectfully Submitted

Frank Joseph Appellant pro se
TDCJ-CID# 1293463 Neal Unit
9055 Spur 591 Amarillo, TX 79107

(4)

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        12/03/15
1MD4/GJ00005             IN-FORMA-PAUPERIS DATA                  09:09:10
TDCJ#: 01293463 SID#: 03381535 LOCATION: NEAL       INDIGENT DTE: 01/06/15
NAME: JOSEPH,FRANK                    BEGINNING PERIOD:
PREVIOUS TDCJ NUMBERS: 00406281
CURRENT BAL:        0.00 TOT HOLD AMT:          0.00 3MTH TOT DEP:
6MTH DEP:                6MTH AVG BAL:               6MTH AVG DEP:
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
```

```
PROCESS DATE    HOLD AMOUNT      HOLD DESCRIPTION
                                 --------------------
                                 NO BANKING ACTIVITY
                                 WITHIN THE PAST 6
                                 MONTH PERIOD.
                                 --------------------
```

STATE OF TEXAS COUNTY OF _Potter_
ON THIS THE _3_ DAY OF _December_, _15_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _1293463_ OR SID NUMBER: _____

RECEIVED
DEC 0 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Frank Joseph #1293463
Neal Unit
9055 Spur 591
Amarillo, Texas
      79107-9696

Legal mail

Court of Appeals
Third District
P.O. Box 12547
Austing Texas.
        78711-2547

FOREVER
USA